STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

FRANCISCO MERCADO HERNANDEZ  
RUTH DALIA ALVAREZ MARTINEZ    Chapter 13

Case No. 10-05197-BKT

Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute _____

Date: July 21, 2010  
Time: 10:11 pm    Track: 009  
[ ] This is debtor(s) _/_ Bankruptcy filing.  
Liquidation Value: $28,000.00  
Creditors P\v - 32,480-  
N. melcha - First Bank.

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
    [ ] Waiver requested by debtor(s)  
[✓] DSO Certificate

[ ] DSO Recipient's information  
[✓] State Tax Returns 06-09 [✓] Returned  
[✓] Federal Tax Returns _____ [ ] Returned  
[✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[✓] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[✓] Fails liquidation value test  
[✓] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)

_____

[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[ ] Tax returns missing  
    [ ] State - years _____  
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
    [ ] Missing    [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
    [ ] Incomplete    [ ] Missing  
    [ ] Fails commitment period    [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
    [ ] Missing    [ ] More than 180 days  
    [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
FRANCISCO MERCADO HERNANDEZ            Case No. 10-05197-BKT
RUTH DALIA ALVAREZ MARTINEZ     Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan                                                                (Cont.)
   Date: June, 14, 2010       Base $ 30,540.00    [X] Filed    Evidence of Pmt shown: _____
   Payments __/__ made out of __/__ due.          [ ] Not Filed

VII. Confirmation Hearing Date: August, 20, 2010

VIII. Attorney's fees as per R. 2016(b)
   $3,000.00 - $ 426.00  = $ 2,574.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____     [ ] Amended S.O.F.A. _____
[ ] Insurance estimate                            [ ] Amended plan
                                                  [ ] Business Documents
[ ] Assumption/Rejection executory contract            [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____        [ ] Public Liability Insurance
[ ] Federal tax returns years _____           [ ] Premises_____
[ ] Correct SS # (Form B21)                            [ ] Vehicle(s)_____
   [ ] Debtor  [ ] Joint debtor                   [ ] Licenses issued by:
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

not servicemembers. ① Schedule J shows a mortgage payment of $283.00. Debtors testify their home is debt free. ② Debtor has 2 veh arrents with FirstBank. One is for a 2007 HHR that he "sold" to a friend. Debtor kept the payment book and receives the monthly installment from the friend. This not disclosed in the Schedules ③ Both have life insurance paying $250 @ month. We ask indorsement of 50%.

_____                                    Date: July 21, 2010
Trustee/Presiding Officer                                             (Rev.)