IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-05197 BKT

FRANCISCO MERCADO HERNANDEZ

Chapter 13

RUTH DALIA ALVAREZ MARTINEZ

XXX-XX-5835

XXX-XX-6101

Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **06/14/2010** (Docket no. **2**) is not confirmed.

2. Hearing on Confirmation is continued to: **11/16/2010 at 09:00 A.M., US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

/S/Brian K. Tester
U.S. Bankruptcy Judge

Date: 8/20/2010                    BY: MARTA BORREGO
                                       Courtroom Deputy