IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 10-05197BKT

FRANCISCO   MERCADO HERNANDEZ          Chapter 13

RUTH DALIA ALVAREZ MARTINEZ

XXX-XX-5835

XXX-XX-6101                             FILED & ENTERED ON 09/07/2010

                    Debtor(s)

ORDER

The trustee to state its position within twenty-one (21) days as to debtor's opposition to dismissal filed on 08/20/2010 (Docket No. 12).

SO ORDERED.

San Juan, Puerto Rico, this 07 day of September,2010.

Brian K. Tester
U.S. Bankruptcy Judge