## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

*Hearing Information:*

**Debtor:** FRANCISCO MERCADO HERNANDEZ and RUTH DALIA ALVAREZ MARTINEZ
**Case Number:** 10-05197-BKT13     **Chapter:** 13
**Date / Time / Room:** 11/16/2010 9:00 AM
**Bankruptcy Judge:** BRIAN K. TESTER
**Courtroom Clerk:** BRENDA E. AGUAYO
**Reporter / ECR:** JOSE ROMO

*Matter:*

Confirmation Hearing

Trustees Motion to Dismiss (#10) & Debtors reply (#12); Objection to Confirmation by Firstbank (#11)

*Appearances:*

ROSAMAR GARCIA, ATTORNEY FOR ALEJANDRO OLIVERAS RIVERA, CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW, ATTORNEY FOR DEBTORS

*Proceedings:*

The objection to confirmation filed by Firstbank (docket #11) was withdrawn in Open Court.

**ORDER**

Hearing on Confirmation is continued to 2/24/2011 AT 9:00 A.M.

Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

                                                    /S/BRIAN K. TESTER
                                                U.S. Bankruptcy Judge