IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO MERCADO HERNANDEZ

RUTH DALIA ALVAREZ MARTINEZ

DEBTOR(S)

CASE     10-05197-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **July 21, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $32,011.00 (PV: $37,132)

3. With respect to the attached payment plan:

AMENDED PLAN DATE:  August 20, 2010          PLAN BASE: $32,918.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/16/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Debtors have arrears of $632 with plan payments.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b) :

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Debtors to submit new liquidation analysis without capital gain in view that as per current law, it is no longer an expense.  Plan distributes $27,012 and trustee's liq. value is $32,011.

5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Clarify information as to who is making the payment for First Bank's auto loan.  Is it debtors' daughter, see paragraph #2 of debtors' reply at Docket 22.

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$426.00/$2,574.00

Atty: JUAN O CALDERON

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062