UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor**: FRANCISCO MERCADO HERNANDEZ and RUTH DALIA ALVAREZ MARTINEZ
**Case Number**: 10-05197-BKT13     **Chapter:** 13
**Date / Time / Room**: 2/24/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARTA BORREGO
**Reporter / ECR**: LOURDES ALVAREZ

### Matter:

Confirmation Hearing

Trustees Motion to Dismiss (#10) and Debtors' reply (#12)

### Appearances:

MIRIAM SALWEN, ATTORNEY FOR THE CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW, ATTORNEY FOR DEBTOR
MARIA BENABE, ATTORNEY FOR FIRSTBANK

### Proceedings:

**ORDER:**

The debtors to amend the plan within fifteen (15) days to include trustee's requests and to cure arrears. The trustee has twenty (20) days thereafter to file a recommendation; if favorable the plan will be confirmed.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge