IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO MERCADO HERNANDEZ
RUTH DALIA ALVAREZ MARTINEZ

DEBTOR(S)

CASE NO. 10-05197-BKT

CHAPTER 13

## NOTICE OF WITHDRAWAL
## MOTION TO DISMISS DOCKET (10)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Motion to Dismiss (docket#10) on 08/04/2010.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants as per the attached certificate of service.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 8/3/2011.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

10-05197-BKT                                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JUAN O CALDERON LITHGOW*
PO BOX 1710
VEGA BAJA, PR  00694 -1710


FRANCISCO MERCADO HERNANDEZ and RUTH DALIA ALVAREZ MARTINEZ
PO BOX 830
VEGA BAJA, PR  00694


DATED:    August 03, 2011                                    s/Mario Matos
                                                             OFFICE OF THE CHAPTER 13 TRUSTEE
          Page 1 of 1        - CASE NO.   10-05197-BKT